ALEXIS A. AMEZCUA (CA SBN 247507)
AAmezcua@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA TAYLOR, and C.T., a minor by REBECCA TAYLOR, C.T.'s parent and guardian, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　　　　Defendant. | Case No. 5:20-cv-03906-<br><br>**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Judge: Honorable Richard Seeborg<br>Compl. Filed: June 12, 2020 |

1  Pursuant to Civil Local Rules 6-1(a) and 7-12, Plaintiffs Rebecca Taylor, and C.T., a minor by Rebecca Taylor, and C.T.'s parent and guardian ("Plaintiffs") and Defendant Apple Inc. ("Apple" or "Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on June 12, 2020, Plaintiffs filed their Class Action Complaint in this action (ECF No. 1);

WHEREAS, Plaintiffs served their Complaint on Defendant on June 17, 2020;

WHEREAS, Defendant's deadline to respond to the Complaint is currently July 8, 2020;

WHEREAS, the parties agreed that the deadline for Defendant to respond to Plaintiffs' Complaint will be extended by forty-five (45) days, up to and including August 24, 2020;

WHEREAS, in the event the Court has not ruled on this joint stipulation on or before Defendant's current responsive pleading deadline, Plaintiffs agree not to seek entry of default or move for default judgment;

WHEREAS, there have been no other extensions of time to respond to the Complaint in this action, and the requested extensions will not have an effect on any other deadlines set by the Court in this case;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that Apple's deadline to answer or otherwise respond to Plaintiffs' Complaint shall be extended by forty-five (45) days, up to and including August 24, 2020.

Dated: June 23, 2020

ALEXIS A. AMEZCUA
MORRISON & FOERSTER LLP


By:  /s/ Alexis A. Amezcua
ALEXIS A. AMEZCUA

Attorneys for Defendant
APPLE INC.

Dated: June 23, 2020

ANDREW BROWN
THE LAW OFFICES OF ANDREW J. BROWN

By:  /s/ Andrew Brown
      ANDREW BROWN

Attorneys for Plaintiffs

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT
CASE NO. 5:20-cv-03906-RS
sf-4264358

2

**ECF ATTESTATION**

I, ALEXIS A. AMEZCUA, the ECF User whose ID and password are being used to file this **STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Andrew Brown, counsel for Plaintiffs, has concurred in this filing.

Dated: June 23, 2020

ALEXIS A. AMEZCUA
MORRISON & FOERSTER LLP

By: */s/ Alexis A. Amezcua*
ALEXIS A. AMEZCUA

Attorneys for Defendant
APPLE INC.