AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern **District of** California

Rebecca Taylor, et al.   Plaintiff (s),

V.

Apple Inc.   Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:20-CV-03906

Notice is hereby given that, subject to approval by the court, __Apple Inc.__ substitutes
(Party (s) Name)

__Laura L. Geist__, State Bar No. __180826__ as counsel of record in
(Name of New Attorney)

place of __Alexis A. Amezcua__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Dentons US LLP
Address:   1999 Harrison Street, Suite 1300, Oakland, CA 94612
Telephone:   (415) 882-5000   Facsimile   (415) 882-0300
E-Mail (Optional):   laura.geist@dentons.com

I consent to the above substitution.
Date: 7/17/20

_[signature]_
Andrew Farthing, Director, Commercial Litigation
(Signature of Party (s))

I consent to being substituted.
Date: 7/17/20

_[signature]_
Alexis A. Amezcua
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/17/20

_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 20, 2020

_[signature]_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

1  LAURA LEIGH GEIST (SBN 180826)
   laura.geist@dentons.com
2  ANDREW S. AZARMI (SBN 241407)
   andrew.azarmi@dentons.com
3  ANNE E. WADDELL (SBN 311388)
   anne.waddell@dentons.com
4  THOMAS R. WORGER (SBN 311312)
   thomas.worger@dentons.com
5  DENTONS US LLP
   1999 HARRISON STREET
6  SUITE 1300
   OAKLAND, CA 94612-4709
7  Telephone:    415 882 5000
   Facsimile:    415 882 0300
8
   Attorneys for Defendant Apple, Inc.
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| REBECCA TAYLOR, and C.T., a minor by REBECCA TAYLOR, C.T.,'s parent and guardian, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>Apple, Inc.,<br><br>    Defendant. | Case No. 3:20-CV-03906<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR APPLE, INC.**<br><br>Date Action Filed: June 12, 2020 |

The Court, having considered the Consent Order Granting Substitution of Attorney for Defendant Apple Inc. (erroneously named as Apple, Inc.) (hereafter "Apple") on file herein, and good cause appearing, hereby approves the substitution of attorney for Apple pursuant to Local Rule 5-1(c)(2)(E) and 11-5.

Apple's counsel of record in this action shall be:

Laura L. Geist, State Bar No. 180826
Dentons US LLP
1999 Harrison Street, Suite 1300
Oakland, CA 94612

Telephone: 415 882 5000
Facsimile: 415 882 0300
E-Mail: laura.geist@dentons.com

Pursuant to Local Rule 11-5, Apple's former counsel is relieved and hereby removed as Apple's counsel in this action:

Alexis A. Amezcua, State Bar No. 247507
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile: 415 268.7522
E-Mail: aamenzcua@mofo.com

IT IS SO ORDERED.

Dated: July 20, 2020          By: _____
                                  UNITED STATES DISTRICT JUDGE

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612-4709
415 882 5000