UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA TAYLOR, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE, INC.,<br><br>　　　　　Defendant. | Case No. 20-cv-03906-RS<br><br>**REFERRAL FOR RELATED CASE DETERMINATION** |

Pursuant to Civil Local Rule 3-12(c), this matter is hereby referred to Judge Freeman for a determination as to whether it is related to *Coffee et al v. Google LLC*, 20-cv-03901-BLF within the meaning of Rule 3-12(a).

**IT IS SO ORDERED**.

Dated: July 30, 2020

RICHARD SEEBORG
United States District Judge