UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA TAYLOR, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>APPLE, INC.,<br><br>   Defendant. | Case No. 20-cv-03906-RS<br><br>**ORDER WITHDRAWING REFERRAL** |

The referral of this matter for a related case determination (Dkt. No. 20) is withdrawn.

**IT IS SO ORDERED**.

Dated: July 31, 2020

RICHARD SEEBORG
United States District Judge