LAURA LEIGH GEIST (SBN 180826)
laura.geist@dentons.com
ANDREW S. AZARMI (SBN 241407)
andrew.azarmi@dentons.com
ANNE E. WADDELL (SBN 311388)
anne.waddell@dentons.com
THOMAS R. WORGER (SBN 311312)
thomas.worger@dentons.com
**DENTONS US LLP**
1999 HARRISON STREET
SUITE 1300
OAKLAND, CALIFORNIA 94612-4709
Telephone: 415 882 5000
Facsimile: 415 882 0300

SANDRA D. HAUSER (*pro hac vice*)
sandra.hauser@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: 212 768 6700
Facsimile: 212 768 6800

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REBECCA TAYLOR, and C.T., a minor by REBECCA TAYLOR, C.T.,'s parent and guardian, on behalf of themselves and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>Apple Inc.,<br><br>        Defendant. | Case No. 3:20-CV-03906-RS<br><br>**STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE AND CONTINUE HEARING ON APPLE INC.'S MOTION TO DISMISS**<br><br>Date: No Hearing per Civ. L.R. 6-2(b)<br><br>Dept: Courtroom 3, 17th Floor<br>Judge: The Hon. Richard Seeborg<br><br>Complaint filed: June 12, 2020<br>Trial Date: None set. |

# STIPULATION

Pursuant to Local Rules 6-1 and 6-2, Plaintiffs Rebecca Taylor and C.T., a minor, by Rebecca Taylor C.T.'s parent and guardian, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendant Apple Inc. ("Defendant") enter into this stipulation and agreement, subject to the Court's approval, to extend the deadline to file a reply memoranda in support of, and continue the hearing on, Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion").

1. WHEREAS, Plaintiffs filed their Complaint on June 17, 2020 (ECF No. 1);

2. WHEREAS, Defendant's filed a motion to dismiss under Federal Rule of Civil Procedure 12(B)(6) on August 24, 2020 (ECF No. 24); Plaintiffs opposed Defendant's motion to dismiss on October 8, 2020 (ECF No. 27) and Defendant filed their reply in response on November 9, 2020 (ECF No. 33); and on March 19, 2021, this Court issued an order granting Defendant's motion to dismiss with leave to amend, giving Plaintiffs 20 days to file an amended complaint (ECF No. 46);

3. WHEREAS, Plaintiffs filed their Amended Complaint on April 8, 2021 (ECF No. 48)

4. WHEREAS, the Court granted the Parties' stipulated briefing schedule on Defendant's Motion, ordering the Motion due by May 10, 2021, Plaintiffs' opposition due June 11, 2021, Defendants' reply due June 28, 2021, and the Motion to be heard on July 15, 2021 (ECF No. 50);

5. WHEREAS, on May 10, 2021, Defendant filed its Motion (ECF No. 56);

6. WHEREAS, the Court granted the Parties' stipulated briefing schedule and continuance of hearing on Defendant's Motion, ordering Plaintiff's opposition to the Motion due June 25, 2021, Defendant's reply due July 12, 2021, and the Motion to be heard on July 29, 2021 (ECF No. 58);

7. WHEREAS, Plaintiffs filed their opposition to the Motion on June 25, 2021 (ECF No. 63);

8. WHEREAS, the Parties believe good cause exists to extend the deadline for Defendant to file its reply brief by one week—due to the unavailability of counsel during the week of July 4,

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612
(415) 882-5000

2021—and to continue the hearing three weeks—due to the complexity of the claims and allegations in this matter and the unavailability of Defendant's counsel the first week of August 2021 and the Court's unavailability on August 12, 2021;

9. WHEREAS, the Parties have previously requested one continuance in this matter regarding the Initial Case Management Conference and the briefing schedule on Defendant's motion to dismiss the original Complaint (ECF No. 26) and two continuances on the briefing schedule on Defendant's Motion (ECF Nos. 50, 57), but the most recent stipulation (ECF No. 57) extended the time for opposition by two weeks but did not enlarge the time for filing the reply brief at issue here beyond the time originally agreed, and this briefing schedule and hearing continuance will have no impact on any other events or deadlines.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court that:

1. The deadline for Defendant to file its reply in support of its motion to dismiss is **July 19, 2021**;

2. Defendant's motion to dismiss shall be heard, subject to the Court's availability, on **August 19, 2021 at 1:30 p.m.**

**IT IS SO STIPULATED**.

Dated: June 28, 2021                    DENTONS US LLP


By: /s/ *Andrew S. Azarmi**
    ANDREW S. AZARMI

Attorney for Defendant
APPLE INC.

Dated: June 29, 2021                              BLOOD HURST O'REARDON LLP

By: /s/ *Thomas J. O'Reardon, II*
　　　THOMAS J. O'REARDON, II

Attorney for Plaintiffs

## ECF ATTESTATION

I, Andrew Azarmi, am the ECF User whose ID and password are being used to file this document. I attest that concurrence in the filing of this document was obtained from all signatories.

## DECLARATION OF ANDREW AZARMI

I, Andrew Azarmi, declare as follows:

1. I am a member of the bar of this Court and a litigation partner with the law firm of Dentons US LLP, counsel of record for Defendant Apple Inc. ("Apple"). I make this declaration in support of the Parties' stipulated briefing schedule and hearing continuance. Unless otherwise stated, the contents of this declaration are based upon my personal knowledge and, if called to testify, I could and would testify competently about the matters in this declaration.

2. Plaintiffs filed their opposition to Defendant's Motion on June 25, 2021.

3. The Parties believe good cause exists to extend the deadline for Defendant to file its reply brief by one week—due to the unavailability of counsel during the week of July 4, 2021—and to continue the hearing two weeks—due to the complexity of the claims and allegations in this matter and the unavailability of Defendant's counsel the first week of August 2021.

4. The Parties have previously requested one continuance in this matter regarding the Initial Case Management Conference and the briefing schedule on Defendant's motion to dismiss the original Complaint (ECF No. 26) and two continuances on the briefing schedule on Defendant's Motion (ECF Nos. 50, 57), but the most recent stipulation (ECF No. 57) extended the time for opposition by two weeks but did not did not enlarge the time for filing the reply brief, and this briefing schedule and hearing continuance will have no impact on any other events or deadlines.

Case No. 3:20-CV-03906-RS                              4
STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE & CONTINUE HR'G ON APPLE INC.'S MOTION TO DISMISS

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on June 29, 2021, in San Francisco, California.

/s/ *Andrew S. Azarmi*
Andrew S. Azarmi

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 30, 2021

HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1999 Harrison Street, Suite 1300, Oakland, California 94612.

I declare under penalty of perjury under the laws of the United States that on June 30, 2021, I caused to be served on the interested parties in this action the following documents STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE & CONTINUE HEARING ON APPLE INC.'S MOTION TO DISMISS; DECLARATION OF ANDREW AZARMI electronically using the CM/ECF system to the email addresses on file with the Court, described as:

Thomas Joseph O'Reardon, II
Timothy G. Blood
Andrew J. Brown
BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Email: toreardon@bholaw.com
tblood@bholaw.com
Telephone: 619.338.1101

Andrew J. Brown
Attorney at Law
501 W. Broadway, Suite 1490
San Diego, CA 92101
Email: andrewb@thebrownlawfirm.com
Telephone: 619.501.6550

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the above is true and correct. Executed on June 30, 2021 at Bay Point, California

_____
Adrienne Hankins