UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA TAYLOR, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE, INC.,<br><br>        Defendant. | Case No.  20-cv-03906-RS<br><br>**JUDGMENT** |

Pursuant to the order entered this date granting the motion to dismiss, judgment is hereby entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED**.

Dated: January 4, 2022

_____
RICHARD SEEBORG
Chief United States District Judge